Nancy E. Larson, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender, Federal Public Defender's Office, Northern District of Texas, Dallas, TX, Bonita L. Gunden, Assistant Federal Public Defender, Federal Public Defender's Office, Northern District of Texas, Amarillo, TX, for Defendant–Appellant.

Cesar Robles Salamanca, pro se.

Before JOLLY, OWEN, and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Cesar Robles Salamanca has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Robles Salamanca has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Elias ARZOLA, Defendant–Appellant.**

No. 10–10750
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 19, 2011.

Nancy E. Larson, Assistant U.S. Attorney, U.S. Attorney's Office, Northern Dis-

---

trict of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Roderick Christopher White, Law Offices of Roderick C. White, Fort Worth, TX, for Defendant–Appellant.

Before JOLLY, OWEN, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Elias Arzola has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Arzola has filed a response. The record is insufficiently developed to allow consideration at this time of Arzola's claim of ineffective assistance of counsel; such a claim generally "cannot be resolved on direct appeal when the claim has not been raised before the district court since no opportunity existed to develop the record on the merits of the allegations." *United States v. Cantwell*, 470 F.3d 1087, 1091 (5th Cir.2006) (internal quotation marks and citation omitted). We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Arzola's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, Arzola's motion for the appointment of new counsel is DENIED, and the AP-

PEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

